# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: JERI BODI

§
§ Case No. 15-03694
§ Hon. JACK B. SCHMETTERER
§ Chapter 7

Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 12/29/2015 in Courtroom 682, Dirksen Federal Building Courthouse, 219 S. Dearborn Street, Chicago, IL.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: Clerk U. S. Bankruptcy Court
                                    (Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
19 S. LaSalle Street
Suite 902
Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
NORTHERN   DISTRICT OF   ILLINOIS
EASTERN DIVISION

In re:   JERI BODI   §   Case No. 15-03694
         §   Hon. JACK B. SCHMETTERER
         §   Chapter 7
         §
         Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*        $100,000.00
*and approved disbursements of*             $84,036.60
*leaving a balance on hand of* [1]          $15,963.40

Claims of secured creditors will be paid as follows:

| Claim No. | *Claimant* | *Claim Asserted* | *Allowed Amount of Claim* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|---|---|
| | p.i. lien claimants have already been paid pursuant to court order | $35,620.00 | $35,620.00 | $35,620.00 | $0.00 |

Total to be paid to secured creditors:   $0.00
Remaining balance:   $15,963.40

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|
| *Trustee, Fees*   ALLAN J. DeMARS | $7,500.00 | $0.00 | $7,500.00 |
| *Trustee, Expenses*   ALLAN J. DeMARS | $22.26 | $0.00 | $22.26 |
| *Attorney for Trustee, Fees*   ALLAN J. DeMARS | $3,510.00 | $0.00 | $3,610.00 |
| *Attorney for Trustee, Expenses*   ALLAN J. DeMARS | $0.00 | $0.00 | $0.00 |
| *Accountant for Trustee, Fees* | | | |
| *Accountant for Trustee, Expenses* | | | |
| *Auctioneer, Fees* | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

*Auctioneer, Expenses*

*Charges,* U.S. Bankruptcy Court

*Fees,* United States Trustee

| | | | |
|---|---|---|---|
| Other | EDWARD RUEDA, special counsel; fees previously authorized and paid; docket 34 | $33,333.33 | $33,333.33 | $0.00 |

Total to be paid for chapter 7 administrative expenses: $11,132.26

Remaining balance: $4,831.14

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for            , Fees* | | | |
| *Attorney for            , Expenses* | | | |
| *Accountant for          , Fees* | | | |
| *Accountant for          , Expenses* | | | |
| Other | | | |

Total to be paid for prior chapter administrative expenses: $0.00

Remaining balance: $4,831.14

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____$0.00_____ must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

Total to be paid for priority claims: $0.00
Remaining balance: $4,831.14

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $12,978.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 37.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank, USA NA | $1,055.72 | $0.00 | $392.98 |
| 2 | Capital One N.A. | $630.41 | $0.00 | $234.66 |
| 4 | US Dept of Education | $9,550.15 | $0.00 | $3,554.95 |
| 5 | PYOD, LLC successor to FNBM, LLC | $357.31 | $0.00 | $133.01 |
| 6 | Synchrony Bank | $398.73 | $0.00 | $148.42 |
| 7 | Synchrony Bank | $986.24 | $0.00 | $367.12 |

Total to be paid for timely general unsecured claims: $4,831.14
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

Total to be paid for tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____$0.00__ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be ____0__ percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |
| | Total to be paid for subordinated claims: | | | $0.00 |
| | Remaining balance: | | | $0.00 |

Prepared By: /s/ ALLAN J. DeMARS
Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
19 S. LaSalle Street
Suite 902
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:  
Jeri Bodi  
    Debtor

Case No. 15-03694-JBS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: arodarte     Page 1 of 2     Date Rcvd: Nov 12, 2015  
                        Form ID: pdf006     Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2015.
```
db              Jeri Bodi,    PO Box 72162,    Roselle, IL 60172-0162
22894512       +Cambridge Credit Counseling Service,   67 Hunt St. #305,   Agawam, MA 01001-1912
23266141        Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
23306134        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
22894513       +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
22894514       +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
22894516        DuPage Medical Group,    Account Payments,    15921 Collections Center Drive,
                 Chicago, IL 60693-0159
22894517       +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
22894518       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
23379272        U.S. Deparment of Education,    C/O FedLoan Servicing,    P.O.Box 69184,
                 Harrisburg,PA 17106-9184
22894523       ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court: Us Bank,    4325 17th Ave S,    Fargo, ND 58125)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22894511        E-mail/Text: ebnbankruptcy@ahm.honda.com Nov 13 2015 03:00:13     American Honda Finance,
                 Po Box 168088,    Irving, TX 75016
23359827        E-mail/Text: ebnbankruptcy@ahm.honda.com Nov 13 2015 03:00:13
                 American Honda Finance Corporation,    National Bankruptcy Center,   P.O. Box 168088,
                 Irving, TX 75016-8088,    866-716-6441
22894515       +E-mail/Text: creditonebknotifications@resurgent.com Nov 13 2015 02:58:18     Credit One Bank,
                 Po Box 98873,    Las Vegas, NV 89193-8873
22894519       +E-mail/PDF: gecsedi@recoverycorp.com Nov 13 2015 03:14:50     GECRB/Amazon,   Attn: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
22894520       +E-mail/PDF: gecsedi@recoverycorp.com Nov 13 2015 03:13:22     GECRB/Banana Republic,
                 Attn: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
22894521       +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 13 2015 02:58:33     Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
22894522       +E-mail/Text: bnc@nordstrom.com Nov 13 2015 02:58:36     Nordstrom FSB,
                 Attention: Account Services,    Po Box 6566,    Englewood, CO 80155-6566
23483189       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 13 2015 03:13:05
                 PYOD, LLC its successors and assigns as assignee,    of FNBM, LLC,    Resurgent Capital Services,
                 PO Box 19008,    Greenville, SC 29602-9008
23493638        E-mail/PDF: gecsedi@recoverycorp.com Nov 13 2015 03:14:51     Synchrony Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
                                                                                              TOTAL: 9
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2015 at the address(es) listed below:
```
              Allan J DeMars    alland1023@aol.com
              Allan J DeMars    on behalf of Trustee Allan J DeMars alland1023@aol.com
              Ben L Schneider    on behalf of Debtor Jeri  Bodi ben@windycitylawgroup.com,
               mstone@windycitylawgroup.com;ebrandes@windycitylawgroup.com
              Cari A Kauffman    on behalf of Creditor    American Honda Finance Corporation
               ckauffman@sormanfrankel.com,    dfrankel@sormanfrankel.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
```

```
District/off: 0752-1          User: arodarte            Page 2 of 2            Date Rcvd: Nov 12, 2015
                              Form ID: pdf006           Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 5