# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: JERI BODI

Case No. 15-03694
Hon. JACK B. SCHMETTERER
Chapter 7

Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALLAN J. DeMARS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $14,000.00 | Assets Exempt: | $19,305.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $4,831.14 | Claims Discharged Without Payment: | $37,423.42 |
| Total Expenses of Administration: | $44,548.86 | | |

3) Total gross receipts of $100,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $50,620.00 (see **Exhibit 2**), yielded net receipts of $49,380.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $14,663.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $44,548.86 | $44,548.86 | $44,548.86 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $23,525.00 | $12,978.56 | $12,978.56 | $4,831.14 |
| **TOTAL DISBURSEMENTS** | $38,188.00 | $57,527.42 | $57,527.42 | $49,380.00 |

4) This case was originally filed under chapter  7  on 02/04/2015 .

The case was pending for    12   months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/08/2016                    By: /s/ ALLAN J. DeMARS
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| personal injury settlement | 1142-000 | $100,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$100,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Jeri Bodi | exemption | 8100-002 | $15,000.00 |
| Blue Cross/Blue Shield of Illinois | lien on settlement | 4220-000 | $32,500.00 |
| Fox Valley Imaging Center | lien on settlement | 4220-000 | $3,000.00 |
| ATI Physical Therapy | lien on settlement | 4220-000 | $120.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$50,620.00** |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | America Honda Finance | 4210-000 | $14,663.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$14,663.00** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Edward S. Rueda | 3210-600 | N/A | $33,333.33 | $33,333.33 | $33,333.33 |
| Allan J. DeMars | 2100-000 | N/A | $7,500.00 | $7,500.00 | $7,500.00 |
| Allan J. DeMars | 2200-000 | N/A | $22.26 | $22.26 | $22.26 |
| Allan J. DeMars | 3110-000 | N/A | $3,610.00 | $3,610.00 | $3,610.00 |
| Wells Fargo | 2600-000 | N/A | $83.27 | $83.27 | $83.27 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $44,548.86 | $44,548.86 | $44,548.86 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | N/A | $0.00 | $0.00 | $0.00 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NONE | | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank USA NA | 7100-000 | $1,085.00 | $1,055.72 | $1,055.72 | $392.98 |
| 2 | Capital One NA | 7100-900 | $646.00 | $630.41 | $630.41 | $234.66 |
| 4 | US Dept of Education | 7100-000 | $4,751.00 | $9,550.15 | $9,550.15 | $3,554.95 |
| 5 | PYOD LLC successor to FNBM | 7100-900 | $347.00 | $357.31 | $357.31 | $133.01 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | Synchrony Bank | 7100-000 | $406.00 | $398.73 | $398.73 | $148.42 |
| 7 | Synhrony Bank | 7100-000 | $1,014.00 | $986.24 | $986.24 | $367.12 |
| | 4 SCHEDULED WITH NO CLAIM | 7100-900 | $13,276.00 | $0.00 | $0.00 | $0.00 |
| | 1 SCHEDULED WITH NO CLAIM | 7100-000 | $2,000.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $23,525.00 | $12,978.56 | $12,978.56 | $4,831.14 |

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT "A"   FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Case No._15-03694_                                                              Trustee Name:_Allan J. DeMars_

Case Name:_JERI BODI_                                                      Date Filed (f) or Converted (c):_2/4/15   (F)_

For Period Ending:_3/31/16_                                              §341(a) Meeting Date: _3/11/15_

                                                                                              Claims Bar Date:_7/23/15; GOVT 8/3/15_

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | | **Petition/ Unscheduled Values** | **Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA=§ 554(a) abandon** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref # | | | | | | |
| 1 | Community Bank checking | 2,200.00 | 0.00 | | 0.00 | FA |
| 2 | Corporate America Savings | 25.00 | 0.00 | | 0.00 | FA |
| 3 | Chase checking | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Chase savings | 0.00 | 0.00 | | 0.00 | FA |
| 5 | furniture | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | clothing | 100.00 | 0.00 | | 0.00 | FA |
| 7 | 2014 tax refund (u) | 980.00 | 0.00 | | 0.00 | FA |
| 8 | personal injury settlement | unknown | 100,000.00 | | 100,000.00 | FA |
| 9 | 2011 Honda Civic Hybrid | 14,000.00 | 0.00 | | 0.00 | FA |

TOTALS (Excluding unknown values)                              100,000.00                              100,000.00

                                                                                                         (Total Dollar Amount in Column 6)

Major activities affecting case closing: settlement of p.i. claim for policy limts

Initial Projected Date of Final Report (TFR):_November, 2015_        Current Projected Date of Final Report (TFR): _11/12/15_

**EXHIBIT A / FORM 2**
**CASH RECEIPTS AND DISBURSEMENT RECORDS**

| Case No.: | 15-03694 | Trustee's Name: | Allan J. DeMars |
| Case Name: | JERI BODI | Bank Name: | WELLS FARGO |
| Taxpayer ID#: | xxxxxx3575 | Initial CD #: | CD1 |
| For Period Ending: | 3/31/16 | Blanket bond (per case limit): | 5,000,000 |
| | | Separate bond (if applicable): | |
| | | Checking acct#: | XXXXXX2840 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Checking Acct Balance |
| 10/26/15 | Ref 8 | Allstate Insurance | policy limit settlement | 1142-000 | 100,000.00 | | 100,000.00 |
| 10/30/15 | | Wells Fargo | check printing charges | 2600-000 | | 83.27 | 99,916.73 |
| 10/30/15 | Check 1001 | Jeri Bodi | personal injury exemption | 8100-002 | | 15,000.00 | 84,916.73 |
| 10/30/15 | Check 1002 | Blue Cross/Blue Shield of Illinois | payment of lien; see docket 34 | 4220-000 | | 32,500.00 | 52,416.73 |
| 10/30/15 | Check 1003 | Fox Valley Imaging Center | payment of lien; see docket 34 | 4220-000 | | 3,000.00 | 49,416.73 |
| 10/30/15 | Check 1004 | ATI Physical Therapy | payment of lien; see docket 34 | 4220-000 | | 120.00 | 49,296.73 |
| 10/30/15 | Check 1005 | Edward S. Rueda | attys fees per docket 34 | 3210-600 | | 33,333.33 | 15,963.40 |
| 12/29/15 | Check 1006 | Allan J. DeMars | trustee's fees | 2100-000 | | 7,500.00 | 8,463.40 |
| 12/29/15 | Check 1007 | Allan J. DeMars | expenses | 2200-000 | | 22.26 | 8,441.14 |
| 12/29/15 | Check 1008 | Allan J. DeMars | attorney's fees | 3110-000 | | 3,610.00 | 4,831.14 |
| 12/29/15 | Check 1009 | Capital One Bank, USA NA | 726(a)(2); 37.224% | 7100-000 | | 392.98 | 4,438.16 |
| 12/29/15 | Check 1010 | Capital One NA | 726(a)(2); 37.224% | 7100-900 | | 234.66 | 4,203.50 |
| 12/29/15 | Check 1011 | US Dept of Education | 726(a)(2); 37.224% | 7100-000 | | 3,554.95 | 648.55 |
| 12/29/15 | Check 1012 | PYOD, LLC successor to FNBM, LLC | 726(a)(2); 37.224% | 7100-900 | | 133.01 | 515.54 |
| 12/29/15 | Check 1013 | Synchrony Bank | 726(a)(2); 37.224% | 7100-000 | | 148.42 | 367.12 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check or Ref. #** | **Paid to/ Received from** | **Description of Transaction** | **Uniform Transaction Code** | **Deposit $** | **Disbursement $** | **Checking Acct Balance** |
| 12/29/15 | Check 1014 | Synchrony Bank | 726(a)(2); 37.224% | 7100-000 | | 367.12 | 0.00 |
| | | | | COLUMN TOTALS | 100,000.00 | 100,000.00 | 0.00 |
| | | | | Less: Bank transfers/CD Subtotal | | | |
| | | | | Less: Payments to debtor(s) | 15,000 | 15,000 | |
| | | | | Net | 85,000.00 | 85,000.00 | 0.00 |

|  | NET DEPOSITS | NET DISBURSEMENTS | BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS Checking# XXXXXX2840 Net | 85,000.00 | 85,000.00 | 0.00 |
| | Excludes account transfers | Excludes payments to debtor | Total Funds on Hand |